UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK ANDERSON,
*on behalf of himself and*
*all others similarly situated,*

              Plaintiff,

          -against-

GREAT WOLF RESORTS HOLDINGS, INC.,

            Defendant.

Case No.: 17-cv-05924

**NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Derrick Anderson, are hereby dismissed

without prejudice, in their entirety, as against Defendant, Great Wolf Resorts Holdings, Inc.,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 17, 2017
      New York, New York

                        Lee Litigation Group, PLLC
                        30 East 39th Street, Second Floor
                        New York, NY 10016
                        Phone: (212) 465-1188

                        C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.